**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CORAL HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>CORAL HERRERA,<br><br>   Defendant | Case No.: 16-CR-00106 LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE, AND ORDER THEREON** |

    Defendant, CORAL HERRRA, hereby waives her appearance in person in open court upon the Status Conference and Motion Hearing set for January 3, 2017 at 1:00 p.m.in Courtroom 7 of the above entitle court.  Defendant hereby requests the court to proceed in her absence and agrees that her interest will be deemed represented at said hearing by the presence of her attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date:12/16/16                                  */s/Coral Herrera_____*
                                                       CORAL HERRERA

Date: 12/16/16                                 */s/David A. Torres_____*
                                                       DAVID A. TORRES
                                                       Attorney for Defendant

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that defendant CORAL HERRERA is hereby excused from appearing at this court hearing scheduled for January 3, 2017.

IT IS SO ORDERED.

Dated: __December 16, 2016__                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE