**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CORAL HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CORAL HERRERA,<br><br>    Defendant | ) Case No.: 16-CR-00106 LJO-SKO<br>)<br>)<br>) **DEFENDANTS REQUEST AND WAIVER**<br>) **OF APPEARANCE**<br>)<br>)<br>)<br>)<br>) |

   Defendant, CORAL HERRRA, hereby waives her appearance in person in open court upon the Status Conference and Motion Hearing set for April 3, 2017at 1:00 p.m.in Courtroom 7 of the above entitle court.  Defendant hereby requests the court to proceed in her absence and agrees that her interest will be deemed represented at said hearing by the presence of her attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date:   3/27/17                              /s/Coral Herrera_____ ___
                                              CORAL HERRERA


Date: 3/28/17                                /s/David A. Torres_____
                                              DAVID A. TORRES
                                              Attorney for Defendant

**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** - 1

**ORDER**

Good cause appearing,

**IT IS HEARBY ORDERED** that defendant CORAL HERRERA is hereby excused from appearing at this court hearing scheduled for April 3, 2017.

IT IS SO ORDERED.

Dated:   **March 29, 2017**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE