# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORRAL HERRERA,<br><br>Defendant. | No.  1:16cr106 LJO-SKO<br><br>STIPULATION AND PROPOSED ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendant CORRAL HERRERA, by and through her counsel of record, hereby stipulate as follows:

1. This matter was previously set for trial on November 7, 2017.
2. The defendant has signed a plea agreement which has been filed and wishes to enter a change of plea on September 11, 2017, at 8:30 a.m.
3. The parties further agree and stipulate, and request that the Court advance this matter to September 11, 2017, at 8:30 a.m. for a change of plea.

////
////
////
////
////

1

IT IS SO STIPULATED.

DATED: August 16, 2017.  Respectfully submitted,

        PHILLIP A. TALBERT
        United States Attorney

        /s/ Karen A. Escobar
        KAREN A. ESCOBAR
        Assistant United States Attorney

DATED: August 16, 2017.

        /s/ David A. Torres
        DAVID A. TORRES
        Counsel for Coral Herrera

**ORDER**

Having reviewed the stipulation of the parties,

IT IS SO ORDERED.

Dated: **August 17, 2017**     /s/ Lawrence J. O'Neill
                                            UNITED STATES CHIEF DISTRICT JUDGE