UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CORRAL HERRERA,<br><br>　　　　　Defendant. | No. 1:16cr106 LJO-SKO<br><br><br>STIPULATION AND PROPOSED ORDER |

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant CORRAL HERRERA, by and through her counsel of record, hereby stipulate as follows:

　　　　1.　　This matter was previously set for trial on November 7, 2017.

　　　　2.　　The defendant has signed a plea agreement which has been filed and wishes to enter a change of plea on September 11, 2017, at 8:30 a.m.

　　　　3.　　The parties further agree and stipulate, and request that the Court advance this matter to September 11, 2017, at 8:30 a.m. for a change of plea.

////
////
////
////
////

1

IT IS SO STIPULATED.

DATED: August 16, 2017.        Respectfully submitted,

                                                      PHILLIP A. TALBERT
                                                    United States Attorney

                                                      /s/ Karen A. Escobar
                                                      KAREN A. ESCOBAR
                                                      Assistant United States Attorney

DATED: August 16, 2017.

                                                      /s/ David A. Torres
                                                      DAVID A. TORRES
                                                      Counsel for Coral Herrera

## O R D E R

Having reviewed the stipulation of the parties,

IT IS SO ORDERED.

Dated: **August 17, 2017**        **/s/ Lawrence J. O'Neill**
                                                                           UNITED STATES CHIEF DISTRICT JUDGE