**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CORAL HERRERA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-cr-00106 LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| vs. | |
| CORAL HERRERA, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE O'NEILL AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CORAL HERRERA, by and through his attorney of record, David A. Torres, hereby requesting that the sentencing hearing currently set for Monday, December 4, 2017 be continued to Monday, January 22, 2018.

The co-defendant, Sair Eduardo Maldonado, will be sentenced on December 18, 2017. In the event Ms. Herrera is sentenced to any period of incarceration, we believe it is necessary for the co-defendant to be sentenced first in the hopes that a staggered sentence can be fashioned. The co-defendant is that father of Coral's child. I have spoken to AUSA Karen Escobar and she has no objection to continuing the sentencing hearing.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: November 29, 2017 */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
CORAL HERRERA

DATED: November 29, 2017 */s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

## ORDER

The sentencing hearing is continued to January 22, 2018.

IT IS SO ORDERED.

Dated: **November 29, 2017**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE