**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CORAL HERRERA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORAL HERRERA,<br><br>Defendant | Case No.: 1:16-cr-00106 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE O'NEILL AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CORAL HERRERA, by and through his attorney of record, David A. Torres, hereby requesting that the sentencing hearing currently set for Monday, January 22, 2018 be continued to Monday, February 26, 2018.

The initial agreement between myself and AUSA Karen Escobar was to have Ms. Herrera sentenced after her boyfriend and co-defendant, Sair Eduardo Madonado-Soto, was sentenced. He has filed a motion to continue his matter to February 5, 2018. It is hereby requested that this matter be continued to February 26, 2018. I have spoken to AUSA Karen Escobar and she has no objection to continuing the sentencing hearing.

Stipulation and Proposed Order to Continue Sentencing

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: January 18, 2018         */s/ David A Torres*
                                DAVID A. TORRES
                                Attorney for Defendant
                                CORAL HERRERA


DATED: January 18, 2018         */s/Karen Escobar*
                                KAREN ESCOBAR
                                Assistant U.S. Attorney


**ORDER**

The sentencing hearing is continued to February 26, 2018 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **January 19, 2018**          /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE

Stipulation and Proposed Order to Continue Sentencing

2