| | |
|---|---|
| 1 | **DAVID A. TORRES AND ASSOCIATES** |
| 2 | David A. Torres, SBN135059<br>1318 K. Street |
| 3 | Bakersfield, CA 93301<br>Tel: (661)326-0857 |
| 4 | Fax: (661)326-0936<br>Email: dtorres@lawtorres.com |
| 5 | Attorney for: |
| 6 | CORAL HERRERA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:16-cr-00106 LJO-SKO |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| vs. | ) ) | |
| CORAL HERRERA, | ) ) | |
| Defendant | ) ) | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE O'NEILL AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, CORAL HERRERA, by and through his attorney of record, David A. Torres, hereby requesting that the sentencing hearing currently set for Monday, February 26, 2018 to be continued to Monday, March 12, 2018.

    Our firm had previously filed a stipulation to continue sentencing on behalf of Coral Herrera. The reason was to allow her husband, Sair Maldonado, to precede her in sentencing in the event it was necessary for the court to impose a staggered sentence based upon childcare needs.

    It is our understanding that Said Maldonado's sentencing was continued to March 5, 2018. I have communicated with AUSA Karen Escobar regarding a continuance in this

matter. We mutually agree to continuing Ms. Herrera's sentencing to the following week, March 12, 2018.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: February 7, 2018 */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
CORAL HERRERA

DATED: February 7, 2018 */s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to March 12, 2018.

IT IS SO ORDERED.

Dated: **February 8, 2018**       /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE